**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **DOSSIE LAYTON,** *et al.* | **PLAINTIFFS** |
| v. | **4:09CV00415-WRW** |
| **MARK STARRING & ASSOCIATES, INC.** *et al.* | **DEFENDANTS** |

## ORDER

Pending is Plaintiffs' Motion to Dismiss (Doc. No. 13) in which Plaintiffs ask the Court to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2). Plaintiffs' Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE